# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**NOE MOMPOINT** and **PHOEBE MOMPOINT,**
Appellants,

v.

**MTGLQ INVESTORS, LP,**
Appellee.

No. 4D2022-1502

[November 16, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Christopher Pole, Judge; L.T. Case No. CACE-18009624.

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellants.

Nicholas S. Agnello of Burr & Forman LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***